THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOL GINSBERG, Appellant.— Judgment of conviction of the County Court of Nassau county, and

† Mod., 255 N. Y. ——. ‡ Affd., 255 N. Y. ——

order, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PASQUALE, Appellant.— Judgment of conviction of the County Court of Nassau county, and order, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.